United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 21, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-61182
Summary Calendar

JAMES BERNARD LAWSON,

Petitioner-Appellant,

versus

LAWRENCE KELLY, Superintendent,

Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Mississippi
No. 4:05-MC-4
--------------------

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM:*

James Lawson seeks a certificate of appealability ("COA") to appeal the denial of his motions for recusal, for reconsideration, and to proceed in forma pauperis. His 28 U.S.C. § 2254 application was never filed. The district court denied his request for permission to file the application and did not consider the § 2254 application. Accordingly, the motion for COA is DENIED as

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

unnecessary.

Lawson's motions for recusal, reconsideration, and leave to proceed in forma pauperis were unauthorized. See United States v. Early, 27 F.3d 140, 142 (5th Cir. 1994). Because he has appealed from the denial of unauthorized motions, see id., his appeal is DISMISSED for lack of jurisdiction. His request to proceed in forma pauperis is DENIED.